# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

131094

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FRANK NALI,
      Plaintiff-Appellant,

v

                                SC: 131094
                                COA: 258805
                                Wayne CC: 03-328780-CZ

IRA HARRIS,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the March 23, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

t0821

_____
                    Clerk